UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-61564-Civ-Lenard/Turnoff

KEVIN G. LEWIS,

      Plaintiff,

v.

INTEGRITY FINANCIAL PARTNERS, INC.
and HILCO RECEIVABLES, LLC,

      Defendant.
_____/

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

      Plaintiff, KEVIN G. LEWIS, files his Response to Defendants' Motion to Dismiss (DE 42) and moves this Court to deny Defendants', INTEGRITY FINANCIAL PARTNERS, INC. and HILCO RECEIVABLES, LLC, motion as moot, and, in support thereof, states as follows:

      Plaintiff has accepted Defendants' settlement offer of October 25, 2010, attached to Defendant's Motion as Exhibit 1 (DE 33-1), and the parties shall file appropriate documents resolving the settled portion of the case within 10 days. Plaintiff notes that Defendant's offer did not contain a deadline to accept, nor had it been revoked, accordingly, Plaintiff's acceptance is valid. Plaintiff respectfully suggests the Court may deny Defendants' Motion to Dismiss as moot.

                         Respectfully submitted,

1

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-61564-Civ-Lenard/Turnoff

KEVIN G. LEWIS,

     Plaintiff,

v.

INTEGRITY FINANCIAL PARTNERS, INC.
and HILCO RECEIVABLES, LLC,

     Defendant.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>December 3, 2010</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/Donald A. Yarbrough</u>
Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Sarah L. Shullman
Squire Sanders & Dempsey LLP
Suite 1900
777 South Flagler Drive
West Palm Beach, FL 33401
Telephone: 561-650-7247
Facsimile: 561-655-1509

<u>Via Notices of Electronic Filing generated by CM/ECF</u>

3